USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-23-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND

                              Plaintiffs,

-against-

LAZ PARKING LTD, LLC,

                              Defendant.

Index No.: 18-CV-7892 (ALC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that Defendant shall have to and including November 5, 2018, to answer, move, or otherwise respond to Plaintiff's Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and any photocopy, facsimile, or electronic signatures shall bear the same weight as original signatures.

LAW OFFICE OF JEFFREY S. DUBIN
464 New York Avenue
Huntington, NY 11743
(631) 351-0300
By: _____
Jeffrey S. Dubin
Amy E. Lucas-Strang

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
By: _____
Todd H. Girshon
Robert R. Perry

ATTORNEYS FOR DEFENDANT

Dated: September 28, 2018

SO ORDERED:

_____
Honorable Andrew L. Carter, Jr.  10-23-18
United States District Court Judge